In the Matter of KOSTON HUI FENG (Admitted as KOSTON F. PELLY), a Suspended Attorney. [927 NYS2d 922]—

Ordered that, effective immediately, the respondent Koston Hui Feng, admitted as Koston F. Pelly, is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Koston F. Pelly to the roll of attorneys and counselors-at-law. Prudenti, P.J., Rivera, Skelos, Dillon and Florio, JJ., concur.